[No. 15982-5-III.  Division Three.  January 8, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY DESHAWE WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-02014-4, Neal Q. Rielly, J., entered May 20, 1996. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 16075-1-III.  Division Three.  January 8, 1998.]

J.G. FOX, INC., *Appellant*, v. VICTOR S. SWANBY, JR., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-01866-0, Kenneth H. Kato, J., entered August 19, 1996. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J.

[No. 19229-2-II.  Division Two.  January 9, 1998.]

*In the Matter of the Marriage of* DEBORAH JEAN WALLER, *Appellant*, and GARY MICHAEL WALLER, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-2-00288-6, Leonard Costello, J., entered February 3, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 20553-0-II.  Division Two.  January 9, 1998.]

MARK DRAWSKI, *Respondent*, v. THE DEPARTMENT OF GENERAL ADMINISTRATION, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-00634-4, Richard C. Hicks, J., entered March 13, 1996. *Reversed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Armstrong and Hunt, JJ.